UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Case No.  3:14cr75/MCR

TEANDRE L. ALTMAN
_____/

ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, TEANDRE L. ALTMAN, to Counts One through Three of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 30th day of October, 2014.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**